FILED'08 SEP 08 12:16 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAUL BRIAN GRAF, ) | |
| ) | Civil No. 06-1032-PK |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| BRIAN BELLEQUE, ) | |
| ) | |
| Respondent. ) | |

BROWN, Judge.

    Petitioner's Motion to Dismiss With Prejudice (#32) is granted.

    IT IS SO ORDERED.

    DATED this 8th day of September, 2008.

                                  Anna J. Brown
                                  United States District Judge

1 - ORDER